# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD LOUIE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-1179 |
| | : | |
| **SPROUTS FARMERS MARKET, INC.,** | : | |
| **BOARS HEAD PROVISIONS, CO.,** | : | |
| **INC.** | : | |

# ORDER

**AND NOW**, this 27th day of March 2025, upon considering Defendant Boars Head's Motion to strike demands for punitive damages and a claim under a Pennsylvania statute (ECF 17), Plaintiff's Opposition (ECF 19), Defendant's Reply (ECF 21), and for reasons in today's accompanying Memorandum, it is **ORDERED** Boars Head's Motion (ECF 17) is **GRANTED** requiring we:

1. **Strike** the punitive damages claims without prejudice to be renewed following discovery in accord with our pretrial schedule set after our initial pretrial Conference;

2. **Dismiss** the Pennsylvania statutory claim as a separate claim; and,

3. **Require** counsel to be prepared to discuss defenses anticipated in Boar's Head's timely Answer on the remaining allegations (in addition to their Rule 16 obligations) during the April 2, 2025 initial pretrial Conference (ECF 11).

_____
**KEARNEY, J.**